ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JONATHAN BAUM
Trial Attorney, Fraud Section
United States Department of Justice
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (202) 230-8655
    Facsimile:  (213) 894-6269
    Email:      jonathan.baum@usdoj.gov

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CONNIE IKPOH et al,<br><br>    Defendants. | No. CR 09-1008-TJH<br><br>ORDER AUTHORIZING APPLICATION OF CASH BOND DEPOSIT TO CRIMINAL DEBT [453]<br><br>DATE: October 1, 2012<br>TIME: 10:00 a.m. |

    The motion of plaintiff United States of America for an order authorizing the Clerk of the Court to apply the sum of $15,000 deposited by defendant Connie Ikpoh ("defendant") to secure her bond in this case to defendant's outstanding obligation to pay restitution came on regularly for hearing on October 1, 2012 before the undersigned United States District Judge. Plaintiff United States appeared through Department of Justice Trial Attorney David L. Kirman. The court having

considered the motion, and finding good cause for entry of an order granting the motion, hereby ORDERS as follows:

1. Plaintiff's motion is granted.

2. The Clerk of the District Court is authorized to apply the sum of $15,000 deposited with the Clerk by defendant to satisfy defendant's outstanding indebtedness to the United States for payment of restitution.

DATED: November 7, 2012

_____
HON. TERRY J. HATTER, JR.
United States District Judge

CC: FISCAL

Submitted by,

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

        /s/
_____
JONATHAN BAUM
Trial Attorney, Fraud Section

Attorneys for Plaintiff
United States of America